**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Virginia K. DeMarchi<br>U.S. Magistrate Judge | **RE:** | Jesse Ybarra |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 5:21-mj-71939 MAG-1 |

**Date:**   2/11/22

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Timothy R. Elder II                                                                (415)850-6475

U.S. Pretrial Services Officer                                        **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 2 __via Zoom webinar__ on __February 16, 2022__ at __10:00 a.m.__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. _____

B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____
_____

*Virginia K. DeMarchi*                                        February 14, 2022
**JUDICIAL OFFICER**                                                **DATE**